IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JACKIE TATES

    Plaintiff,               No. CIV S-03-1950 DFL CMK P

    vs.

SACRAMENTO COUNTY, et al.,

    Defendants.

_____/    <u>ORDER</u>

    Currently before the court is plaintiff's motion to substitute attorney Robert Masuda for Dean Johansson as attorney of record. Local Rule 83-182(g) requires that an attorney may substitute another attorney and thereby withdraw from the action "by submitting a substitution of attorneys that sets forth the full name and address of the new attorney and shall be signed by the withdrawing attorney, the new attorney and the client." LR 83-182(g). Plaintiff's motion to substitute attorneys does not do so.

    The court reminds the parties that this District is now an electronic filing/case management district and when a proposed order is submitted to the court, it must be filed electronically and, in addition to electronically filing the proposed order in .pdf format, the

///

1

1  proposing party must also submit by e-mail a separate proposed order in word processing format
2  compatible with Word Perfect. LR 5-137(b).
3          IT IS ORDERED that plaintiff submit her motion to substitute attorneys in
4  accordance with the Local Rules.
5  DATED: May 11, 2005.

                                                      _____
                                                      **CRAIG M. KELLISON**
                                                      UNITED STATES MAGISTRATE JUDGE