IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jackie Tates,<br><br>        Plaintiff,<br><br>  vs.<br><br>Sacramento County,<br><br>        Defendant.<br>_____ / | No. CIV S-03-1950 DFL CMK P<br><br><br>ORDER TO SHOW CAUSE |

        Plaintiff, Jackie Tates, is a state prisoner proceeding pro se with this 42 U.S.C. § 1983 civil rights action. She is represented by counsel. On March 31, 2005, her counsel, Dean Johansson, filed a motion to substitute Robert Masuda as attorney of record for plaintiff. On May 11, 2005, the court filed an order directing plaintiff to submit her motion to substitute attorneys in accordance with the Local Rules. To date, plaintiff has not complied.

///
///
///
///
///

1       IT IS ORDERED THAT plaintiff show cause in writing, within twenty days of the
2  date of service of this order, why she has not submitted her motion to substitute attorneys in
3  accordance with the Local Rules.

5  DATED: October 20, 2005.

                                      **CRAIG M. KELLISON**
                                      UNITED STATES MAGISTRATE JUDGE