1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JACKIE TATES,

11          Plaintiff,                    No. CIV S-03-1950 DFL CMK P

12      vs.

13   SACRAMENTO COUNTY, et al.,

14          Defendants.

15   _____/         ORDER

16          Plaintiff brings this civil rights action pursuant to 42 U.S.C. § 1983.   This

17   proceeding was referred to the undersigned by Local Rule 72-302 by the authority of 28 U.S.C. §

18   636(b)(1).  On October 21, 2005, the court ordered plaintiff to show cause in writing why she had

19   not submitted her substitution of attorney motion in accordance with the local rules.   On

20   November 9, 2005, plaintiff's counsel filed a response to the order to show cause.  Good Cause

21   appearing, the October 21, 2005 order to show cause is discharged.

22          On December 29, 2005, plaintiff filed a motion for substitution of attorney and a

23   proposed order.  However, plaintiff's counsel did not, as required by the local rules, e-mail a copy

24   of the proposed order in a word processing format compatible with word perfect to chambers for

25   the signature of the undersigned.  See LR 5-137(b).

26   ///

1       IT IS ORDERED THAT:

2       1.  The October 21, 2005 order to show cause is discharged; and

3       2.  Plaintiff's shall, within thirty days from the date of this order, submit a copy of

4 the proposed order for substitution of attorney to the chambers of the undersigned via e-mail for

5 signature.

6

7 DATED:   January 9, 2006.

8

9

10                                    CRAIG M. KELLISON
                                      UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26