1  DANI WILLIAMS
   State Bar 88838
2  901 H Street, Suite 208
   Sacramento, CA 95814
3  (916) 443-8366

4  ROBERT MASUDA
   State Bar 146377
5  Law Office of Robert Masuda
   1541 Corporate Way, Suite 200
6  Sacramento, CA  95831
   (916) 391-3400
7  (916) 391-3499 FAX

8  Attorneys for Plaintiff
9

10              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF CALIFORNIA
11

12                                        NO. CIV-S-03-1950 DFL CMK P
   JACKIE TATES
13
           Plaintiff,
14                                         SUBSTITUTION OF ATTORNEY
                                          AND ORDER
15      vs.

16 SACRAMENTO COUNTY; SACRAMENTO
   COUNTY SHERIFF'S DEPARTMENT; SHERIFF
17 LOU BLANAS; and DOES I through XXX,
   inclusive,
18
           Defendants.
19

20      Plaintiff JACKIE TATES hereby substitutes ROBERT MASUDA, SBN 146377,

21 1541 CORPORATE WAY, SUITE 200, SACRAMENTO, CA 95831, (916) 391-3400, as

22 attorney of record in the place and stead of DEAN ROBERT JOHANSSON.
23

24 DATED: 11/19/2005              /s/Jackie Tates_____

25                                PLAINTIFF

26

                                  1

I have been given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the

above substitution.


DATED:  12/28/05                                    /s/Dean Robert Johansson_____
                                                   DEAN ROBERT JOHANSSON
                                                   Present Attorney


I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

DATED: 12/28/05                                    /s/RobertMasuda_____
                                                   ROBERT MASUDA
                                                   New Attorney


## ORDER

        Pursuant to the motion to substitute attorney filed by plaintiff on December 29,

2005, IT IS SO ORDERED that Robert Masuda is substituted for Dean Johansson as plaintiff's

attorney of record.


DATED:   January 17, 2006.


_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE