1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JACKIE TATES,

11          Plaintiff,                    No. CIV S-03-1950 DFL CMK P

12       vs.

13   SACRAMENTO COUNTY, et al.,

14          Defendants.

15   _____/          ORDER

16          Plaintiff brings this civil rights action pursuant to 42 U.S.C. § 1983.   This

17   proceeding was referred to the undersigned by Local Rule 72-302 by the authority of 28 U.S.C. §

18   636(b)(1).  On March 9, 2006, plaintiff filed a motion to extend discovery, which was noticed for

19   hearing on March 14, 2006 before the Honorable David F. Levi.

20          Pursuant to 73-302(c)(1), the motion should have been noticed for hearing before

21   the Honorable Craig M. Kellison.[1]  Additionally, the notice of hearing does not comply with

22   Local Rule 37-251(c), which requires that the parties prepare and file a joint statement three days

23   prior to a hearing on discovery disputes.  The noticed motion also fails to comply with Local Rule

24   78-230, which requires that the other party be given thirty-one days notice of the hearing.

25

26
    _____
          [1]Plaintiff's counsel has indicated that he did not intend to set the matter for hearing and
    that the notice was an error.

1          Accordingly,   IT IS ORDERED THAT:

2               1.      The March 14, 2006 hearing is vacated.

3               2.      The court will take plaintiff's motion to extend the discovery deadline

4                       under advisement.

5

6   DATED:   March 14, 2006.

7

8                                          _____
                                           **CRAIG M. KELLISON**
9                                          UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26