IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JACKIE TATES,

        Plaintiff,                  No. CIV S-03-1950 DFL CMK P

    vs.

SACRAMENTO COUNTY, et al.,

        Defendants.

_____ /      <u>ORDER</u>

        Plaintiff brings this civil rights action pursuant to 42 U.S.C. § 1983.  This proceeding was referred to the undersigned by Local Rule 72-302 by the authority of 28 U.S.C. § 636(b)(1).  The parties have filed a stipulation to continue hearings on plaintiff's and defendants' motions to compel discovery, which are currently scheduled to be heard on April 10, 2006.

        In the stipulation to continue, the parties state that they have agreed to mediate this action.  The mediation is scheduled for April 12-13, 2006.  Accordingly, the parties seek to move the motions to compel discovery to May 10, 2006.  The court's scheduled law and motion date in May is May 16, 2006.

///

///

///

1     IT IS ORDERED that the hearings on plaintiff's and defendants' motions to
2 compel will be continued until May 16, 2006 at 10:00 a.m. before the undersigned at the United
3 States District Court, 2986 Bechelli Lane, Redding, California.

5 Dated: April 17, 2006

                /s/ Craig M. Kellison
                Craig M. Kellison
                United States Magistrate Judge