IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JACKIE TATES,

        Plaintiff,                   No. CIV S-03-1950 DFL CMK P

    vs.

SACRAMENTO COUNTY, et al.,

        Defendants.

_____/       <u>ORDER</u>

        Plaintiff brings this civil rights action pursuant to 42 U.S.C. § 1983. This proceeding was referred to the undersigned by Local Rule 72-302 by the authority of 28 U.S.C. § 636(b)(1). On April 13, 2006, plaintiff filed notice of settlement in this action.

        In light of the settlement, the hearing scheduled in this case for May 16, 2006 is vacated. IT IS SO ORDERED.

DATED: May 4, 2006.

                                                                                                      **CRAIG M. KELLISON**
                                                                                                UNITED STATES MAGISTRATE JUDGE