**PORTER, SCOTT, WEIBERG & DELEHANT**
A Professional Corporation
Jennifer E. Duggan, SBN 183833
Bart E. Hightower, SBN 207189
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)

Attorneys for Defendants
SACRAMENTO COUNTY, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, and SHERIFF LOU BLANAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE TATES, | Case No. CIV-S-03-1950 DFL CMK -P |
| Plaintiff, | **STIPULATION TO CONTINUE LIMITATION REGARDING FINAL DISPOSITION OF CASE** |
| vs. | **[Eastern District Local Rule 16-160]** |
| SACRAMENTO COUNTY; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; SHERIFF LOU BLANAS; and DOES 1 through XXX, inclusive, | |
| Defendants. / | Trial Date:   November 20, 2006 |

Plaintiff, JACKIE TATES and her counsel of record, and Defendants SACRAMENTO COUNTY, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, and SHERIFF LOU BLANAS, and their counsel of record, have resolved this case via mediation. Plaintiff's counsel timely filed a

LAW OFFICES OF
**PORTER, SCOTT,**
**WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
www.pswdlaw.com

1
STIPULATION TO CONTINUE LIMITATION FOR FILING FINAL DISPOSITION PAPERS
00428971.WPD

Notice of Settlement on April 13, 2006. On April 13, 2006, in accordance with Eastern District Local Rule 16-160, the court issued its notice that final disposition papers must be filed no later than May 3, 2006.

The County of Sacramento is a defendant in this action and a party to the settlement agreement. Consequently, the agreement reached by the parties is subject to final approval by the Sacramento County Board of Supervisors. The Board of Supervisors is scheduled to review the settlement agreement at its May 9, 2006 meeting. Consequently, final disposition papers on the case cannot be filed by the current May 3, 2006 deadline.

In order that Defendant might timely file final disposition papers, the parties and their counsel hereby stipulate and agree to extend the current May 3, 2006 deadline to June 2, 2006.

Respectfully submitted.

DATED: April ___, 2006            PORTER, SCOTT, WEIBERG & DELEHANT
                                  A Professional Corporation


                                  By _____
                                     Jennifer E. Duggan
                                     Bart E. Hightower
                                     Counsel for Defendants


DATED: April ___, 2006            By _____
                                     Dani Williams
                                     Robert Masuda
                                     Kelly Smith
                                     Counsel Plaintiff


**IT IS SO ORDERED:   05/09/2006**


                                   /s/ David F. Levi
                                  **JUDGE DAVID F. LEVI**

LAW OFFICES OF
**PORTER, SCOTT,
WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
*www.pswdlaw.com*

2

STIPULATION TO CONTINUE LIMITATION FOR FILING FINAL DISPOSITION PAPERS

00428971.WPD